SAO
C. Edward Whitney, Esq.
Nevada Bar No. 13031
3650 E. Russell Rd
Las Vegas, NV 89120
Phone (702) 439-3244
Fax: (877) 233-2872
E-mail: eddie.whitney@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PETER POLL<br><br>            Plaintiff(s),<br><br>vs.<br><br>RONALD A. MOTZKUS, et al.,<br><br>            Defendants | CASE NO. 2:21-CV-01591-JCM-DJA |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PETER POLL by and through his attorney C. Edward Whitney, Esq. and Defendants, RONALD A. MOTZKUS and MONUMENT TITLE INSURANCE INC. (collectively "Defendants"), by and through their attorneys Snell & Wilmer L.L.P., that the time to file a Response to Defendants' MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF No. 4) be extended to October 1, 2021 and that the time to file the subsequent Reply to the Response be extended to October 18, 2021.

DATED this __21_ day of September 2021.        DATED this 21_ day of September 2021.


___/s/ C. Edward Whitney_____        ____/s/ Aleen A. Dhalla _____
C. Edward Whitney, Esq.                              Paul W. Shakespear, Esq. (NV Bar No. 10752)
Nevada Bar No. 13031                                  Aleem A. Dhalla, Esq. (NV Bar No. 14188)
3650 E. Russell Rd                                         SNELL & WILMER L.L.P.
Las Vegas, NV 89120                                    3883 Howard Hughes Parkway, Suite 1100
Attorney for Plaintiff                                       Las Vegas, NV 89169
                                                                        Attorneys for Defendants

**ORDER**

Based upon the stipulation of counsel,

**IT IS HEREBY ORDERED** that the deadline to file the Response to Defendants' MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF No. 4) be extended to October 1, 2021, and that the time to file the subsequent Reply to the Response be extended until October 18, 2021

DATED September 23, 2021.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

C. Edward Whitney, Esq.

\_\_/s/ C. Edward Whitney\_\_
C. Edward Whitney, Esq.
NV Bar No. 13031
3650 E. Russell Rd
Las Vegas, NV 89120
Attorney for Plaintiff