JAY A. SHAFER, ESQ.
Nevada Bar No. 9184
CORY READE DOWS AND SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:   (702) 794-4421
E-Mail:  jshafer@crdslaw.com
Attorneys for Plaintiff
Peter Poll

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER POLL,<br><br>                    Plaintiff,<br><br>    vs.<br><br>RONALD A. MOTZKUS AND<br>MONUMENT TITLE INSURANCE, INC.<br><br>                    Defendants | Case No.: 2:21-cv-01591-JCM-DJA<br><br>**As amended on page 3** |

## STIPULATION AND ORDER

Plaintiff PETER POLL ("Plaintiff"), by and through his attorney, Jay A. Shafer, Esq. of the law firm of Cory Reade Dows & Shafer and Defendants RONALD A. MOTZKUS and MONUMENT TITLE INSURANCE, INC. (collectively, "Defendants") by and through their attorneys Aleem A. Dhalla, Esq. and Paul W. Shakespear, Esq. of the law firm of Snell & Wilmer hereby stipulate that:

(1) Plaintiff desires to file an amended complaint addressing the facts and legal causes of action, and Defendants have been presented the proposed amended complaint and are reviewing the same, and agree that there should be no dismissal for failure to prosecute.

(2) Defendants agree to either sign a stipulation allowing the amended complaint to be filed or to extend the time to file a motion to amend until March 22, 2023.

(3) Defendants do not object to the continuance.

(4) Plaintiff agrees to not request a default at this time and to extend the time for Defendants to file an Answer to within 21 days from the filing of an amended complaint, or 21 days after a motion to amend is denied.

(5) This is the first request for a continuance in this case, and denial of this request for continuance would result in a miscarriage of justice and the ends of justice would best be served by a brief continuance to allow for an extension of time for Plaintiff to amend his complaint and Defendants to answer the same.

Dated this 10th day of March 2023.

CORY READE DOWS & SHAFER

By: /s/ Jay A. Shafer, Esq.
    Jay A. Shafer, Esq.
    Nevada Bar No. 9184
    1333 North Buffalo Drive, Suite 210
    Las Vegas, Nevada 89128
    Attorneys Plaintiff
    Peter Poll

Dated this 10th day of March 2023.

SNELL & WILMER, L.L.P.

By: ___/s/ Aleem A. Dhalla, Esq_____
    Aleem A. Dhalla, Esq.
    Nevada Bar No. 14188
    Paul W. Shakespear, Esq.
    Nevada Bar No. 10752
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    Attorneys for Defendants
    Ronald A. Motzkus and
    Monument Title Insurance, Inc

## ORDER

**UPON STIPULATION OF THESE PARTIES**, and therefore good cause appearing:

IT IS THEREFORE ORDERED that this matter shall not be dismissed for failure to prosecute at this time.

IT IS FURTHER ORDERED that Defendants shall have twenty (21) days to answer from the date of the filing of the amended complaint, or if a request to file an amended complaint is denied, shall file an answer to the operative complaint within twenty (21) days of the denial of such a request.

IT IS FURTHER ORDERED that, on or before **April 13, 2023**, either: (1) the parties shall file a stipulation for Plaintiff to amend the complaint; (2) Plaintiff shall file a motion to amend the complaint; or (3) the parties shall file a joint status report.

Dated:  March  15 , 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE