Paul W. Shakespear, Esq.
Nevada Bar No. 10752
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pshakespear@swlaw.com
       adhalla@swlaw.com

*Attorneys for Defendants Ronald A Motzkus and Monument Title Insurance, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER POLL, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RONALD A. MOTZKUS, an individual; MONUMENT TITLE INSURANCE, INC., a Utah Corporation; JOHN AND JANE DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-01591-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(SECOND REQUEST)** |

Plaintiff, Peter Poll, and Defendants Ronald Motzkus and Monument Title Insurance, Inc., by and through their respective counsel of record, do hereby stipulate to extend the joint pretrial order deadline in the current scheduling order and discovery plan in this matter for a period of seventeen (17) days to accommodate for a settlement conference as more fully explained below.

Pursuant to Local Rule IA 6-1(a), the parties hereby state that this is the second such discovery extension requested in this matter.

**DISCOVERY COMPLETED TO DATE PURSUANT TO LR 26-3(a)**

1.  Plaintiff and Defendants have served their initial disclosures.

2.  Plaintiff has made disclosures as required by FRCP 26.

3.  Defendants made their FRCP 26 initial disclosures on May 14, 2024.

4. Defendants supplemented their FRCP 26 initial disclosures on October 11, 2024.

4903-5101-0076

5. Defendants supplemented their FRCP 26 initial disclosures on October 16, 2024.

6. Defendants supplemented their FRCP 26 initial disclosures on October 24, 2024.

7. Plaintiff served Interrogatories and Requests for Production on Defendants Ronald A. Motzkus and Monument Title Insurance, Inc.

8. Defendants Ronald A. Motzkus and Monument Title Insurance, INC. have answered Plaintiff's Interrogatories and Requests for Production. Plaintiff has conducted a meet and confer and Defendants supplemented these responses.

9. Defendants Ronald A. Motzkus issued Requests for Production to Plaintiff, to which Plaintiff responded.

10. Plaintiff issued Subpoenas to Produce Documents to the following third parties:

   a) GVRE, LLC
   b) Home Title, Inc.
   c) Fidelity National Title Agency of Nevada, Inc.
   d) Old Republic Title Co. of Nevada
   e) First American Title Insurance Co.
   f) Juan Lopez – Lopez Real Estate Group

11. The deposition of Plaintiff Peter Poll was taken.

12. The deposition of Defendant Ronald Motzkus was taken.

13. The deposition of Paulette Malpica-Ortiz was taken.

14. The deposition of Defendant Veronica Ruggeri Foran was taken.

**DISCOVERY TO BE COMPLETED PURSUANT TO LR 26-3(b)**

None.

**REASONS FOR EXTENSION PURSUANT TO LR 26-3(c)**

The parties represent that good cause exists for the request pursuant to LR IA 6-1 and LR 26-3. In an attempt to resolve this matter prior to trial, the parties have agreed to participate in a private mediation with Judge Jennifer Togliatti at Advanced Resolution Management. Said mediation is currently scheduled for March 4, 2025. The deadline for the proposed Joint Pretrial Order is February 18, 2025. The parties are requesting a three (3) week extension of the Joint

4903-5101-0076

Pretrial Order deadline, making the new deadline one (1) week after the scheduled mediation. The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

### NEW DISCOVERY DEADLINES PURSUANT TO LR 26-3(d)

|  | Current Deadline | New Deadline |
|---|---|---|
| Proposed Joint Pre-Trial Order | February 18, 2025 | March 11, 2025 |

The parties represent that this request for extension of the Proposed Joint Pretrial Order deadline is made by the parties in good faith and not for the purpose of delay.

Dated: February 17, 2025.

SNELL & WILMER L.L.P.

By: /s/ Aleem A. Dhalla
Paul W. Shakespear, Esq.
Aleem A. Dhalla, Esq.
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

*Attorneys for Defendants Ronald A. Motzkus and Monument Title Insurance, Inc.*

Dated: February 17, 2025.

CORY READE DOWS & SHAFER

By: /s/ Jay A. Shafer
Jay A. Shafer, Esq.
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128

*Attorneys for Plaintiff Peter Poll*

**IT IS SO ORDERED.**

Dated this 18th day of February, 2025.

UNITED STATES MAGISTRATE JUDGE

- 3 -

4903-5101-0076