JAY A. SHAFER, ESQ.
Nevada Bar No. 9184
CORY READE DOWS AND SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:   (702) 794-4421
E-Mail:  jshafer@crdslaw.com
Attorneys for Plaintiff
Peter Poll

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER POLL, | Case No.: 2:21-cv-01591-JCM-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RONALD A. MOTZKUS AND MONUMENT TITLE INSURANCE, INC. | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Plaintiff PETER POLL, through his attorney Jay A. Shafer, Esq., of the law firm of Cory Reade Dows and Shafer, and Defendants RONALD A. MOTZKUS and MONUMENT TITLE INSURANCE, INC., through their attorneys Aleem A. Dhalla, Esq. and Paul W. Shakespear, Esq. of the law firm of SNELL & WILMER L.L.P., that all claims against Defendants RONALD A. MOTZKUS and MONUMENT TITLE INSURANCE, INC. be dismissed, in their entirety, with prejudice, with each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

4934-2437-8172

IT IS FURTHER STIPULATED that no trial is currently scheduled.

| | |
|---|---|
| Dated this 5th day of May 2025. | Dated this 5th day of May 2025. |
| CORY READE DOWS & SHAFER | SNELL & WILMER, L.L.P. |
| By: /s/ Jay A. Shafer | By: /s/ Aleem A. Dhalla |
|     Jay A. Shafer, Esq. |     Aleem A. Dhalla, Esq. |
|     Nevada Bar No. 9184 |     Nevada Bar No. 14188 |
|     1333 North Buffalo Drive, Suite 210 |     Paul W. Shakespear, Esq. |
|     Las Vegas, Nevada 89128 |     Nevada Bar No. 10752 |
|     Attorneys Plaintiff |     1700 South Pavilion Center Drive, Suite 700 |
|     Peter Poll |     Las Vegas, Nevada 89135 |
| |     Attorneys for Defendants |
| |     Ronald A. Motzkus and |
| |     Monument Title Insurance, Inc. |

**IT IS SO ORDERED**.

Dated  May 7, 2025.

_____
UNITED STATES DISTRICT JUDGE

4934-2437-8172

**Keala Keyes**

| | |
|---|---|
| **From:** | Dhalla, Aleem <adhalla@swlaw.com> |
| **Sent:** | Monday, May 5, 2025 2:52 PM |
| **To:** | Keala Keyes; Shakespear, Paul |
| **Cc:** | Jay Shafer |
| **Subject:** | RE: Poll v Motzkus |

 External (adhalla@swlaw.com)     Advanced computer technology

Report This Email  FAQ  Protection by ACTNV

My signature is missing the date, but with that addition, you may affix my e-signature.  Thanks.

**Aleem A. Dhalla**

**O:** 702.784.5228
adhalla@swlaw.com

# SNELL
# & WILMER

swlaw.com | LinkedIn

**From:** Keala Keyes <kkeyes@crdslaw.com>
**Sent:** Monday, May 5, 2025 1:45 PM
**To:** Dhalla, Aleem <adhalla@swlaw.com>; Shakespear, Paul <pshakespear@swlaw.com>
**Cc:** Jay Shafer <jshafer@crdslaw.com>
**Subject:** Poll v Motzkus

[EXTERNAL] kkeyes@crdslaw.com

Attached is the SAO for your review. If no revisions are needed, please confirm that we have your approval to affix your e-signature.

Very truly yours,

Keala Keyes
Paralegal to Jay A. Shafer, Esq.

CORY READE DOWS & SHAFER
ATTORNEYS AT LAW
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Tel:  (702) 794-4411 Ext. 408
Fax:  (702) 794-4421

1